### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### FORT SMITH DIVISION

**HUNTER GWINN**                                                      **PLAINTIFF**

**v.**                          **CIVIL NO. 2:25-CV-02131-DCF**

**CRAWFORD COUNTY DETENTION CENTER**            **DEFENDANT**


### <u>ORDER</u>

Now before the Court is the Report and Recommendation ("R&R") (ECF No. 5) filed in this case on February 4, 2026, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.  No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY** and the case is **DISMISSED WITHOUT PREJUDICE for failure to obey court orders and failure to prosecute**, pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2).

**IT IS SO ORDERED** this 13th day of July 2026.


*/s/ David Clay Fowlkes*

DAVID CLAY FOWLKES
UNITED STATES DISTRICT JUDGE